| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION** | **VOLUNTARY PETITION**<br><br>Case No.  10 B |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle:<br>**HOSSAIN, MOHAMMED SHAHADAT** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8)  years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-xxxx [redacted] | Social Security/EIN/Tax ID No. (if more than one, state all): |
| Street Address of Debtor:<br>2364 Discovery Dr.  Unit B<br>Schaumburg, Illinois  60194 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |

Mailing Address of Debtor or of Joint Debtor (if different from street address)

Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor**
X__     Individual
___     Corporation
___     Partnership
___     Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt organization under Title 26 United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code of Filing**
X_  Chapter 7        __ Chapter 15 Petition
__ Chapter 9            for Recognition of
__ Chapter 11         Foreign Main Proceeding
__ Chapter 12         __ Chapter 15 Petition for
__ Chapter 13         Recognition of a Foreign
                              Nonmain Proceeding
**Nature of Debts**
X__  Primarily Consumer  __ Primarily business Debts, defined in 11 USC 101(8) as "incurred by an individual primarily for a personal, family or house-hold purpose."

**Chapter 11 Debtors**
__Debtor is a small business under 11 USC 101(51D).
__ Debtor is not a small business under 11 USC 101(51D).

__ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than  $2,190,000.

**Filing Fee**
__     Full filing fee attached
_X_     Filing fee to be paid in installments (individuals only). Must attach signed application for court's consideration certifying That debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.
__     Filing Fee waiver requested (Chapter 7 individuals Only).  Must attch signed application for court's consideration. See Official Form 3B.

**Statistical / Administrative Information**
____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X___     Debtor estimates that, after exempt property is excluded and administrative expenses paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__  1 – 49        ____  50 – 99       ____  100 or more

**Estimated Assets**
_X_     $0 – $50,000        ____     $50,001 - $100,000 ___ $100,001 or greater

**Estimated Debts**
__     $0 – $50,000        __X__     $50,001 - $100,000 ___ $100,001 or greater

**VOLUNTARY PETITION**     Name of Debtor(s):                                Page 2
**HOSSAIN, MOHAMMED SHAHADAT**
**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:          Case Number:              Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:          Case Number:              Date of Filing:
District:                    Relationship:             Judge:

| **Exhibit A** | **Exhibit B** (to be completed if debtor is an individual whose debts are primarily consumer debts) |
|---|---|
| (To be completed if Debtor is required To file periodic reports with the Securities and Exchange Commission and requesting relief under Chapter 11).<br>___ Exhibit A attached. | I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to her the relief available under each Chapter. I certify that I have delivered to Debtor the notice required by Title 11 USC Section 342(b).<br>_____/s/_Michael J. Greco_____  3/8/2010<br>Signature of Michael J. Greco, Attorney for Debtor(s)   Date |

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances  under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification.  (11 USC Section 362(1)).

**VOLUNTARY PETITION**         Name of Debtor(s):                                Page 3
**HOSSAIN, MOHAMMED SHAHADAT**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct.
[If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ HOSSAIN, MOHAMMED SHAHADAT _____
Signature of Debtor HOSSAIN, MOHAMMED SHAHADAT


**Signature of Attorney***


Respectfully submitted,

By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   March 8, 2010


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re:  HOSSAIN, MOHAMMED SHAHADAT,  Debtors**          **Case No. 1**0 B

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

__X____  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|

                              TOTAL            $0.00

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  HOSSAIN, MOHAMMED SHAHADAT,  Debtor          Case No. 10 B**

**SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

X__   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__  Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__  Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__  Contributions to employee benefit plans.  11 U.S.C. Section 507(a)(4)
__  Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__  Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__  Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
__  Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__  Commitments to maintain the capital of an insured depositary institution.   11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority | Amount NOT entitled to priority |
|---|---|---|---|---|---|---|
| | | | | | | |

                                         TOTAL          $0.00

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  HOSSAIN, MOHAMMED SHAHADAT,  Debtor**          **Case No. 10 B**

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No.  6035320214867598<br>Home Depot<br>PO Box 653000<br>Dallas, TX  75265-3000 | | Revolving charge | | $1,890.00 |
| Acct. No. 5329011957576671<br>Bank of America Master Card<br>PO Box 15019<br>Wilmington, DE  19886-5019 | | Revolving charge | | $31,441.90 |
| Acct. No. 4888936137826487<br>Bank of America VISA<br>PO Box 15019<br>Wilmington, DE  19886-5019 | | Revolving charge | | $1,100.00 |
| Acct No.  0021<br>Discover Card<br>PO Box 6103<br>Carol Stream, IL  60197-6103 | | Revolving charge | | $6,029.95 |
| Acct No.  377215647541001<br>American Express<br>PO Box 297879<br>Ft. Lauderdale, FL  33329-7879 | | Revolving charge | | $7,026.90 |
| Acct No.  5329020686684300<br>FIA Card Services<br>PO Box 15019<br>Wilmington, DE  19886-5019 | | Revolving charge | | $1,474.32 |
| Acct No.<br>Harris Bank<br>5960 W. Irving Park Road<br>Chicago, IL  60634 | | Revolving charge | | $3,000.00 |
| Acct No.  5424180620835873<br>Citibank<br>Box 91778<br>Albuquerque, NM  87199 | | Revolving charge | | $3,458.13 |

                                                                TOTAL      $55,421.20
\_\_0\_\_ continuation sheets attached                (Report also on Summary of Schedules)

**In re:  HOSSAIN, MOHAMMED SHAHADAT,  Debtor        Case No. 10 B**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eleven sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:       3/8/2010


           Signature (electronic):_____/S/_____
                            **HOSSAIN, MOHAMMED SHAHADAT,  Debtor**